IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jean Reidhead, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Joseph P. Meyers, et al.,<br><br>   Defendants.<br>Caribbean Financial Corporation, a Delaware corporation,<br><br>   Counterclaimant/Judgment Creditor,<br><br>v.<br><br>Jean Reidhead, et al.,<br><br>   Counterdefendants/Judgment Debtors.<br>Reidhead Sand & Rock Incorporated, et al.,<br><br>   Garnishees. | No. CV-07-08027-PCT-GMS<br><br>**ORDER** |

Pending before the Court are Judgment Creditor's Writ of Garnishment and Summons and United States Magistrate Judge Steven P. Logan's Report and Recommendation ("R&R"). Docs. 134, 153. The R&R recommends that the Court discharge Garnishees of the Writ of Garnishment as to the monies withheld in the amount of $1,700. Doc. 153 at 7. The Magistrate Judge advised the parties that they had

fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 8 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b) and 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and discharge Garnishees. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Logan's R&R (Doc. 153) is **accepted**.

2. Judgment Creditor's Writ of Garnishment and Summons (Doc. 1) is **discharged** as to the monies withheld in the amount of $1,700.

3. Judgment Creditor is directed to submit a proposed form of judgment within thirty (30) days of this Order, setting forth the manner by which the shares of stock will be sold under execution, up to a total amount in worth of $1,091,192.50.

Dated this 21st day of November, 2013.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge